BROWN WHITE & NEWHOUSE LLP
GEORGE B. NEWHOUSE, JR. (Cal. Bar No. 107036)
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213-613-0500
Facsimile: 213-613-0550
Email: gnewhouse@brownwhitelaw.com

Joel M. Androphy
Sarah M. Frazier
Rachel L. Grier
BERG & ANDROPHY
3704 Travis Street
Houston, Texas 77002
Telephone (713) 529-5622
Facsimile (713) 529-3785

Attorneys for Relator Lynn Saunders

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LYNN MARIE SAUNDERS, STATE OF CALIFORNIA *ex rel.* Lynn Marie Saunders, Plaintiffs, v. EMD SERONO, INC. Defendant. | Case No. CV 07-05489-PSG **DECLARATION OF SARAH M. FRAZIER IN SUPPORT OF MOTION TO WITHDRAW** *[Filed concurrently with Plaintiffs' Unopposed Motion to Withdraw as Counsel of Record; [Proposed] Order]* |

## DECLARATION OF SARAH M. FRAZIER

I, Sarah M. Frazier, make this Declaration on the basis of my own knowledge and if called and sworn could and would testify that: I am a member in good standing of the State Bar of Texas and various district courts of the United States.

I am one of the attorneys for Relator Lynn Marie Saunders.

FRAZIER DEC.

During October and November of 2009, I have had various telephone conversations with the Relator. Ms. Saunders understands that under our agreement for representation, counsel have the right to withdraw should the Government decline to intervene. She has indicated that she does not oppose the motion to withdraw.

Ms. Saunders has indicated to me that she intends to seek new counsel to represent her.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed in the City of Houston, State of Texas on November 4, 2009.

Sarah M. Frazier